COA # __08-13-00084-CR__ OFFENSE: __22.02__

STYLE: Jesus Marcial Luna Junior v. The State of Texas     COUNTY: __El Paso__

COA DISPOSITION: __AFFIRMED__     TRIAL COURT: __243rd District Court__

DATE: __4/29/15__     Publish: __NO__  TC CASE #: __20110D05260__

# IN THE COURT OF CRIMINAL APPEALS

## ELECTRONIC RECORD

STYLE: Jesus Marcial Luna Junior v. The State of Texas     CCA #: __PD-0618-15__

__Pro SE__ · Petition     CCA Disposition: __618-15__

FOR DISCRETIONARY REVIEW IN CCA IS:     DATE: _____

__REFUSED__     JUDGE: _____

DATE: __11/04/2015__     SIGNED: _____     PC: _____

JUDGE: __Per Curiam__     PUBLISH: _____     DNP: _____

-----------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____